No. 68842.—Gross Plumbing & Rubber Co. et al. *v.* United States, protests 59/25799, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 21, 1964

No. 68843.—J. M. Altieri, a/c United China & Glass Co. *v.* United States, protest 63/542 (San Juan).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of decorative porcelain after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R. R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.